

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Lance Walter King,

\* From the 318th District Court
of Midland County,
Trial Court No. FM66022.

Vs. No. 11-20-00071-CV

\* April 23, 2021

Bria Alexis King,

\* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution. Therefore, in accordance with this court's opinion, the appeal is dismissed.